**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00244-PAB

ARTURO D. ARMIJO,

    Petitioner,

v.

T.K. COZZI-RHODES, Warden,

    Respondent.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 [Doc #19] of Judge Philip A. Brimmer entered on November 20, 2012 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc #1] filed January 30, 2012, is denied. It is

FURTHER ORDERED that this action is dismissed with prejudice.

DATED at Denver, Colorado this   21st   day of November, 2012.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By s/ Edward Butler
                                            Edward P. Butler
                                            Deputy Clerk